| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Zagel, James B. | 2. Court or Organization<br><br>U.S. District Court No. III. | 3. Date of Report<br><br>6/4/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>219 S. Dearborn<br>Room 2588<br>Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ██████████ Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUN 15 A 10: 29 FINANCIAL DISCLOSURE OFFICE

Zagel, James B

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 1/1-12/31 | Foundation Press - Book Royalties | $836.00 |
| 2. 1/1-12/31 | EP Talent Services - Actor's Royalties | $148.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 1/1-12/31 | Grant Thornton - Partnership Income |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/4/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/4/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   M.O.N.Y. Policy Value | C | Dividend | K | T | | | | | |
| 2.   Northern Trust Accts. | E | Dividend | O | T | | | | | |
| 3.   Farm Land Washington/Clinton Counties Ill. | C | Rent | K | W | | | | | |
| 4.   Grant Thornton 401(k) | D | Dividend | M | T | | | | | |
| 5.   Northwestern Mut. Life Ins. Policy | A | Dividend | J | T | | | | | |
| 6.   New York Life Ins. Pol. | A | Dividend | J | T | | | | | |
| 7.   Country Cos. Life Pol. | A | Dividend | J | T | | | | | |
| 8.   Transamer. Life Pol. Val. | | None | L | T | | | | | |
| 9.   Transamer. Life Pol. Val. | | None | L | T | | | | | |
| 10.   Prudential Life Ins. | A | Dividend | J | T | | | | | |
| 11.   Metropolitan Life Ins. | A | Dividend | J | T | | | | | |
| 12.   Equitable Life (Now AXA Equitable) | A | Dividend | K | T | | | | | |
| 13.   Bear Stearns & Co. Acct./Royal Bank of Canada (RBC) | D | Interest | O | T | | | | | |
| 14.   ING Life Policy | A | Dividend | J | T | | | | | |
| 15.   Bear Stearns & Co. Acct./RBC | D | Interest | O | T | | | | | |
| 16.   TEMFX | A | Distribution | K | T | | | | | |
| 17.   TEMFX | A | Distribution | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/4/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. KO | A | Dividend | J | T | | | | | |
| 19. KO | A | Dividend | J | T | | | | | |
| 20. Regions Fin. = RF | A | Dividend | J | T | | | | | |
| 21. SAG Pension Plan | A | Interest | J | T | | | | | |
| 22. CP | A | Dividend | K | T | | | | | |
| 23. CP | A | Dividend | K | T | | | | | |
| 24. Fording Inc. - FDG | A | Dividend | | | Sold | 10/31 | J | A | |
| 25. Teck Cominco Ltd./TCK | A | Distribution | J | T | Spinoff (from line 24) | 10/31 | J | | |
| 26. Teck Cominco Ltd./TCK | A | Distribution | J | T | Spinoff (from line 24) | 10/31 | J | | |
| 27. Encana - ECA (formerly PCX) | B | Dividend | L | T | | | | | |
| 28. Encana - ECA (formerly PCX) | B | Dividend | L | T | | | | | |
| 29. Dell | | None | J | T | | | | | |
| 30. MK Limited Partners | C | Distribution | L | W | | | | | |
| 31. I AM A CONTINGENT BENEFICIARY OF ▇▇▇▇▇▇ TRUST | | | | | | | | | |
| 32. Assets of Trust: Total value of all assets listed | | | | | | | | | |
| 33. My estimated share is 11% | | | | | | | | | |
| 34. Bank Accounts: Harris Trust Chk./Int. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/4/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Maple Publishing Co. | A | Interest | J | W | | | | | |
| 36. Bear Stearns SEP/IRA/RBC | C | Dividend | N | T | | | | | |
| 37. Georgia Mun Elec Auth Rev Bond | C | Interest | | | Sold | 10/09 | L | A | |
| 38. CP | A | Dividend | K | T | | | | | |
| 39. Fording Inc. - FDG | A | Dividend | | | Sold | 10/31 | K | A | |
| 40. Teck Cominco Ltd./TCK | A | Distribution | J | T | Spinoff (from line 39) | 10/31 | J | | |
| 41. Citizens PPTY Ins Corp Fla Bond | C | Interest | | | Redeemed | 5/07 | L | A | |
| 42. Encana - ECA (formerly PCX) | A | Dividend | K | T | | | | | |
| 43. Oracle - ORCL | | None | J | T | | | | | |
| 44. Nassau County NY Bond | C | Interest | | | Redeemed | 7/09 | K | A | |
| 45. San Diego, CA Pension Bond | C | Interest | | | Redeemed | 8/15 | L | A | |
| 46. Wisconsin Gen Fund Bond | C | Interest | | | Sold | 2/15 | K | A | |
| 47. Teck Cominco Ltd./TCK | A | Distribution | | | Spinoff (from line 24) | 10/31 | J | A | |
| 48. End of IRA | | | | | | | | | |
| 49. HD | A | Dividend | J | T | | | | | |
| 50. HD | A | Dividend | J | T | | | | | |
| 51. PG | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PG | B | Dividend | L | T | | | | | |
| 53. Ill Hsg Dev Auth Rev Bonds | B | Interest | | | Redeemed | 8/01 | L | A | |
| 54. Wyeth - WYE (formerly AHP) | A | Dividend | K | T | | | | | |
| 55. Wyeth - WYE (formerly AHP) | A | Dividend | K | T | | | | | |
| 56. General Electric-GE | A | Dividend | J | T | | | | | |
| 57. General Electric-GE | A | Dividend | J | T | | | | | |
| 58. Chicago G/O Park Dist Bond | B | Interest | | | Redeemed | 1/02 | K | A | |
| 59. Illinois G/O Fin Auth Bond | B | Interest | | | Redeemed | 7/01 | K | A | |
| 60. Illinois G/O Fin Auth Bond | B | Interest | | | Redeemed | 7/01 | K | A | |
| 61. Penn Hsg Fin Agy Bond | D | Interest | | | Redeemed | 5/14 | L | A | |
| 62. Missouri St Facs Bond | C | Interest | | | Redeemed | 10/14 | L | A | |
| 63. Berks Co Pa Mun Bond | C | Interest | | | Redeemed | 10/22 | L | A | |
| 64. Kern CoCal College Dist Bond | B | Interest | | | Redeemed | 7/11 | K | A | |
| 65. Wisconsin Pub Bond | C | Interest | | | Redeemed | 7/7 | L | A | |
| 66. Univ Wisc Bond | C | Interest | | | Redeemed | 7/7 | L | A | |
| 67. Iowa Fin Auth Bond | B | Interest | | | Redeemed | 3/18 | K | A | |
| 68. Time Warner | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/4/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Time Warner | A | Dividend | J | T | | | | | |
| 70. Janus Contrarian Fund | A | Dividend | K | T | | | | | |
| 71. Janus Contrarian Fund | A | Dividend | K | T | | | | | |
| 72. Bear Stearns Account | D | Interest | N | T | | | | | |
| 73. Pepco Holdings POM | B | Dividend | K | T | | | | | |
| 74. First Energy - FE | B | Dividend | K | T | | | | | |
| 75. Duff & Phelp Fund - DNP | B | Dividend | K | T | | | | | |
| 76. Fund Managed High Income - MHY | B | Dividend | J | T | | | | | |
| 77. Lease of excess Berrien Cty, MI acreage to Leitz Corp | B | Rent | L | W | | | | | |
| 78. AT&T | A | Dividend | J | T | | | | | |
| 79. Comcast - CMCSA | | None | | | Sold | 8/27 | J | B | |
| 80. FPLGroup/FPL | A | Dividend | K | T | | | | | |
| 81. Conoco Philips - COP | A | Dividend | K | T | | | | | |
| 82. Bank of America - BAC | B | Dividend | K | T | | | | | |
| 83. Dallas Fort Worth Rev Bonds | A | Int./Div. | K | T | Buy | 11/04 | K | | |
| 84. Dallas Fort Worth Rev Bonds | A | Int./Div. | K | T | Buy | 11/04 | K | | |
| 85. Ill Sports Facs Auth Bond | B | Int./Div. | K | T | Buy | 6/01 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/4/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B.    - | 6/4/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I participate in the Federal Thrift Savings Plan, but it is my understanding that this asset need not be listed.

All individual assets held in brokerage accounts are individually disclosed in report.

The double listing of certain investments is due to the fact that some are in ▮▮▮▮▮ name. I have not designated which are ▮▮▮▮▮ assets, but I list them separately because they are individual holdings which might be sold separately at a future time.

Various investment accounts held at Bear Stearns were, during the calendar year, transferred to RBC's (Royal Bank of Canada) Wealth Management facility in Chicago. Accordingly, the individual investments are listed under the heading Bear Stearns/RBC. The transition of investments occurred over some weeks. These are non-discretionary accounts.

In previous years, the Union League Club was listed under "V. Gifts." Based upon further information, and upon the opinion of the Committee on Codes of Conduct, the monthly fees paid by judges are equal to fees paid by younger members, clergy and military. The fees exceed the overhead costs to the club, and the privileges accorded are less than those accorded regular members. In the opinion of the Committee on Codes of Conduct, this fee classificiation does not constitute a "gift" under the Ethics in Government Act.

In Section VII, I list Illinois Sports Facilities Authority Bond. It was acquired with a series of other state Authority bonds over time. I believed it was an Ilinois Development Authority Bond and included its value when reporting those bonds. When the Illinois Development Authority Bonds were redeemed, the Sports Facility bond remained, and I realized it was a bond issued by a separate state agency, and I belatedly list it now.

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/4/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544